This document was signed electronically on July 15, 2018, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: July 15, 2018



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

```
C18-0802            EAB/cmw
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION – AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-50539 |
| | ) | |
| Alyson Y Nobles | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | JUDGE Alan M. Koschik |
| | ) | |
| | ) | AGREED ORDER SETTLING OBJECTIONS OF |
| | ) | AMERICREDIT FINANCIAL SERVICES, |
| | ) | INC. DBA GM FINANCIAL TO |
| | ) | CONFIRMATION OF DEBTOR'S CHAPTER 13 |
| | ) | PLAN REGARDING 2015 CHEVROLET |
| | ) | TRAVERSE VIN# 1GNKRGKD5FJ114884 |
| | ) | (DOCKET #17&26) |
| | ) | |

This cause came to be considered this day upon the Objections of AmeriCredit Financial Services, Inc. dba GM Financial ("AmeriCredit") (docket #17&26) to confirmation of the Debtor's Chapter 13 plan, due notice of AmeriCredit's Objection having been given to all parties in interest. It appearing to the Court that

by agreement of AmeriCredit and the Debtor, as manifested by the signatures of their counsel at the end hereof, the Objection of AmeriCredit should be sustained to the extent set forth herein.

It appearing to the Court that AmeriCredit is a creditor of this estate, secured by a lien on personal property listed as a 2015 Chevrolet Traverse VIN# 1GNKRGKD5FJ114884.

It further appearing to the court Debtor shall provide AmeriCredit with proof of insurance for the 2015 Chevrolet Traverse VIN# 1GNKRGKD5FJ114884 prior to the confirmation of the Chapter 13 Plan.

It further appearing to the court that by agreement of the parties AmeriCredit shall be directly paid by the Debtor outside the Chapter 13 Plan, pursuant to contract terms.

It further appearing to the court that by agreement of the parties AmeriCredit shall retain their lien until payment in full under non-bankruptcy law, or upon discharge under §1328.

IT IS THEREFORE ORDERED that for purposes of the Debtor's Chapter 13 Plan, AmeriCredit shall be directly paid by the Debtor outside the Chapter 13 Plan, pursuant to contract terms. AmeriCredit shall retain their lien until payment in full under non-bankruptcy law, or upon discharge under §1328.

IT IS FURTHER ORDERED that the claim of AmeriCredit shall be paid under the terms of this Agreed Order, once entered by this Court.

IT IS SO ORDERED

###

**Submitted by:**


/s/ Edward A. Bailey
REIMER LAW CO.
BY: Edward A. Bailey #0068073
BY: Richard J. LaCivita #0072368
BY: Cynthia A. Jeffrey #0062718
30455 Solon Road
Solon, Ohio 44139
Phone: 440-600-5500
Fax:   440-600-5522
Attorneys for Creditor
ebailey@reimerlaw.com

/s/ Debra Booher
Debra Booher #0067804
Attorney for Debtor
1350 Portage Trail,
Cuyahoga Falls, Ohio 44223
330-253-1555 (phone)
330-253-1599 (fax)
charlotte@bankruptcyinfo.com


/s/ Keith L Rucinski
Keith L. Rucinski, Trustee
Ohio Reg. No. #0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH  44308
330-762-6335 (phone)
330-762-7072 (fax)
krucinski@ch13akron.com

LIST OF PARTIES TO BE SERVED

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

1. Office of the U.S. Trustee at (registered address)@usdoj.gov

2. Keith L. Rucinski on behalf of the Chapter 13 Trustee's office at krucinski@ch13akron.com

3. Debra Booher, Esq. on behalf of Alyson Y Nobles, Debtor, at charlotte@bankruptcyinfo.com

4. Edward A. Bailey, Esq., Richard J. LaCivita, Esq., Cynthia A. Jeffrey Esq. on behalf of AmeriCredit Financial Se at ebailey@reimerlaw.com

And by regular U.S. mail, postage prepaid, to:

1. Alyson Y Nobles, Debtor
   692 Brookledge Court
   Northfield Center, OH 44067